

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2022

No. 04-22-00329-CR

John Anthony **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR2058
Honorable Jennifer Pena, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file his brief is GRANTED. Appellant's brief is due November 9, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court